# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA CRUZ GALVAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____/ | **CASE NO. 1:14-cv-00688-SKO**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**(Doc. 13)** |

　　　Pursuant to a stipulation entered into by the parties and filed with the Court on November 5, 2014 (Doc. 13), the above captioned matter is dismissed with prejudice. Each party shall bear its own fees, costs, and expenses.

IT IS SO ORDERED.

　　Dated:　**December 10, 2014**　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28